SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>     vs.<br><br>Spare Time Indoor Tennis Investors, LLC,<br><br>            Defendant | Case No. **2:11-cv-02673-MCE-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JANUARY 3, 2012 FOR DEFENDANT SPARE TIME INDOOR TENNIS INVESTORS, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Spare Time Indoor Tennis Investors, LLC, by and through their respective attorneys of record, Scott N. Johnson; Eric R. Garner, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Spare Time Indoor Tennis Investors, LLC is granted an extension until January 3,

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Spare Time Indoor Tennis Investors, LLC response will be due no later than January 3, 2012.

IT IS SO STIPULATED effective as of November 16, 2011

Dated:  November 18, 2011        /s/Eric R. Garner_____
                                 Eric R. Garner,
                                 Attorney for Defendant
                                 Spare Time Indoor Tennis
                                 Investors, LLC

Dated:  November 16, 2011        /s/Scott N. Johnson ____
                                 Scott N. Johnson,
                                 Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Spare Time Indoor Tennis Investors, LLC shall have until January 3, 2012 to respond to complaint.

Dated:  November 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2